1

2

3                        UNITED STATES DISTRICT COURT
                      for the WESTERN DISTRICT of WASHINGTON
4

5     MARK L. SOWERS,                       )
                                            )
6                           Plaintiff,      )
                                            )
7                vs.                        )              C05-2141 MJP
                                            )
8     JO ANNE B. BARNHART, Commissioner     )
      of Social Security,                   )
9                                           )              MINUTE ORDER
                                            )
10                                          )         REASSIGNING and REFERRING CASE
                            Defendant.      )
11
12   _____

13        This action has been reassigned to the Honorable Marsha J. Pechman, United

14   States District Judge.   All future documents filed in this case must bear the cause

15   number C05-2141 MJP and bear the Judge's name in the upper right hand corner of

16   the document.

17

18        It appearing from the files and records herein that this is an appropriate

19   proceeding to refer to a full-time United States Magistrate Judge for the purposes

20   hereinafter set forth, pursuant to Local Rule MJR 4(A)(4) and as authorized by

21   Mathews, Secretary of HEW vs Weber, 432 US 261 (1976), now therefore,

22

23        Pursuant to the General Order entered by the Chief Judge on 30 April 2004, IT

24   IS ORDERED that the above entitled action is hereby referred to the Honorable James

25   P. Donohue, United States Magistrate Judge, who is directed and empowered to

26

27

28

1    review the administrative record, and to submit proposed findings and conclusions, and

2    recommended disposition.  The procedure for review of those recommendations shall

3    be in accordance with FRCP 72(b) and with Local Rule MJR 4(c).

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    Dated this 22nd day of March, 2006

26    Bruce Rifkin, Clerk of Court

27     /S/ PETER H. VOELKER

28    Peter H. Voelker, Deputy Clerk