UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK L. SOWERS,<br><br>    Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. C05-2141-MJP-JPD<br><br><br>ORDER GRANTING<br>EXTENSION OF TIME |

This matter comes before the Court upon defendant's motion for extension of time. Dkt. No. 19. Defendant has indicated that plaintiff will not oppose the motion. Dkt. No. 20 at ¶ 4. Having carefully reviewed the motion, supporting declaration, and the record, the Court orders as follows:

    (1)    Defendant's motion for extension of time, (Dkt. No. 19), is GRANTED. Counsel for defendant has indicated that he believes settlement is appropriate and that additional time will enable him to coordinate settlement with his client and plaintiff. Dkt. No. 20 at ¶ 4.

PAGE 1
ORDER GRANTING
EXTENSION OF TIME

1  (2) The Court further orders that the briefing schedule be STRICKEN.  Defendant shall have until July 5, 2006, to file a responsive brief.  Plaintiff shall have until July 19, 2006, to file an optional reply brief.

(3) The Clerk is directed to send a copy of this order to the parties and to the Honorable Marsha J. Pechman.

DATED this 16th day of June, 2006.

*/s/ James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

PAGE 2
ORDER GRANTING
EXTENSION OF TIME